# Court of Appeals
## Tenth Appellate District of Texas

10-24-00229-CV
10-24-00252-CV

In the Estate of Kenneth M. Thompson, Deceased

On appeal from the
County Court at Law No. 1 of Johnson County, Texas
Judge John E. Neill, presiding
Trial Court Cause No. CC-P202124484

JUSTICE HARRIS delivered the opinion of the Court.

**MEMORANDUM OPINION**

On July 21, 2025, Appellant, Kenneth D. Thompson, filed an unopposed motion to dismiss the above-numbered appeals because the parties have reached a settlement. Appellant's motion indicates that because the parties have resolved their dispute, he does not wish to pursue the appeals.

The motion to dismiss the appeals is granted. Accordingly, these appeals are dismissed. *See* TEX. R. APP. P. 42.1(a).

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  July 24, 2025

Before Justice Smith,
      Justice Harris, and
      Senior Justice Davis[1]
Appeals dismissed
Motion granted
CV06



---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Supreme Court of Texas.